Decided March 5, 2009

STATE OF CONNECTICUT *v.* RICHARD FONTAINE

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 190 (AC 28566), is denied.

*John W. Watson*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided March 5, 2009